**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**NIKITA HAWKINS**                                                                                                 **PLAINTIFF**

v.                                    **CASE NO. 4:12CV00694 BSM**

**JAMES CHRIST et al.**                                                                                      **DEFENDANTS**

## ORDER

Pursuant to the parties' stipulation [Doc. No. 44], this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 21st day of May 2014.

_____
UNITED STATES DISTRICT JUDGE