# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**NIKITA HAWKINS**                                                                 **PLAINTIFF**

**v.**                          **CASE NO. 4:12CV00694 BSM**

**JAMES CHRIST et al.**                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 21st day of May 2014.

_____
UNITED STATES DISTRICT JUDGE